UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
JUDGE PATRICIA C. FAWSETT

JEETENDRA PERSAUD, as parent,
natural guardian and next friend of
RYAN HARESH PERSAUD, a minor

v.                                            CASE NO:   99-44-CIV-ORL-19B

JOSEPH OLVERA,
WERNER ENTERPISES, INC.

_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, JEETENDARA PERSAUD, as parent and natural guardian and next friend of RYAN HARESH PERSAUD, a minor, by and through his undersigned attorneys, and gives notice that the above captioned matter has been amicably settled by the parties hereto.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: Timon V. Sullivan, Esq., Gunn, Ogden & Sullivan, P.A., AmSouth Bank Building, 100 N. Tampa Street, Suite 2900 P.O. Box 1006 Tampa, FL. 33601 on this 17 day of July, 2001.

W. TODD LONG, ESQ.
Florida Bar No: 818046
MORGAN, COLLING & GILBERT, P.A.
20 N. ORANGE AVE., SUITE 1607
P.O. BOX 4979
ORLANDO, FL. 32802-4979
(407) 420-1414
Attorneys for Plaintiff